IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO TEXAS DIVISION

| | |
|---|---|
| SALVADOR GOMEZ,  §<br>  §<br>  Plaintiff,  §<br>  §<br>  v.  §<br>  §<br>MERCANTILE ADJUSTMENT BUREAU,  §<br>LLC  §<br>  §<br>  Defendant.  § | **Civil Case No. 6:11-cv-39** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, SALVADOR GOMEZ (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Texas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing at San Angelo, Tom Green County, Texas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is an alleged debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a limited liability company located in Williamsville, New York.

## FACTUAL ALLEGATIONS

10. Beginning in January of 2011, Defendant contacted Plaintiff from 866-726-0522 regarding a consumer debt allegedly owed by Plaintiff.

11. Defendant communicated to a third party, Plaintiff's parents, that Plaintiff allegedly owes a debt.

12. Plaintiff subsequently provided Defendant with his cell phone number and requested Defendant not call his parents.

13. Despite Plaintiff's request, Defendant contacted Plaintiff's parents on four separate occasions subsequent to Plaintiff providing his cellular phone number.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692b(3)* of the FDCPA by communicating with Plaintiff's parents more than once without permission to do so and without reasonable belief that the earlier response was erroneous or incomplete.

  b.  Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

WHEREFORE, Plaintiff, SALVADOR GOMEZ, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

15. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

17. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SALVADOR GOMEZ, demands a jury trial in this case.

Dated: April 25, 2011        RESPECTFULLY SUBMITTED,

             KROHN & MOSS, LTD.

            By:  /s/ Michael S. Agruss
               Michael S. Agruss
               California State Bar Number: 259567
               Krohn & Moss, Ltd.
               10474 Santa Monica Blvd., Suite 401
               Los Angeles, CA 90025
               Tel: 323-988-2400 x235
               Fax: 866-620-2956
               magruss@consumerlawcenter.com
               Attorneys for Plaintiff, SALVADOR GOMEZ

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, SALVADOR GOMEZ, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, SALVADOR GOMEZ, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

03 24 11
Date

SALVADOR GOMEZ