IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELOTEXAS DIVISION

| | | |
|---|---|---|
| SALVADOR GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 6:11-cv-00039-C |
| | § | |
| MERCHANTILE ADJUSTMENT BUREAU, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, SALVADOR GOMEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: August 12, 2011　　　　　　　KROHN & MOSS, LTD.

By:/s/ Michael S. Agruss
Michael S. Agruss
California State Bar Number: 259567
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff, SALVADOR GOMEZ