IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO TEXAS DIVISION

| SALVADOR GOMEZ, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | **Civil Case No.** 6:11-cv-00039-C |
| MERCANTILE ADJUSTMENT BUREAU, LLC | § § § § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

SALVADOR GOMEZ (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, MERCANTILE ADJUSTMENT BUREAU, LLC., (Defendant), in this case.

DATED:  September 9, 2011

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By:  /s/ Michael S. Agruss
Michael S. Agruss
California State Bar Number: 259567
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff, SALVADOR GOMEZ

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was

electronically submitted by electronic mail to the following:


Jennifer D. Wilson
Back Office Support and Compliance Manager
Mercantile Adjustment Bureau, LLC
6390 Main Street, Suite 160
Williamsville, New York 14221
jwilson@mercantilesolutions.com

                                              By: /s/ Michael S. Agruss
                                                   Michael S. Agruss
                                                   Attorney for Plaintiff