IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SALVADOR GOMEZ,            ) | |
| )  | |
| Plaintiff,      ) | |
| )  | |
| v.                         ) | |
| )  | |
| MERCANTILE ADJUSTMENT BUREAU, ) | |
| LLC,                       ) | |
| )  | |
| Defendant.     ) | Civil Action No. 6:11-CV-039-C |

### ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed September 9, 2011,

IT IS ORDERED that this cause is DISMISSED with prejudice, with costs taxed against the party incurring same.

Dated September 12, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE